Tejas G. Patel, Esq.
tejas.p@tplglobal.net
T.P.L. Global, LLC
Address: 100 Tradecenter, Suite G700,
Woburn, MA 01801,
United States
Phone: (1)-617-391-7741
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BOSTON (EASTERN) DIVISION

| | |
|---|---|
| Tikendra Ramanlal Patel, Massachusetts, Shilpa Tikendrakumar Patel, Massachusetts, see the additional page.<br><br>Plaintiffs<br><br>v.<br><br>Merrick B. Garland, Attorney General of the United States, 950 Pennsylvania Ave., NW, Washington, D.C. 20530; Alejandro N. Mayorkas, Secretary of Homeland Security; Ur M. Jaddou, Director, U.S. Citizenship and Immigration Services, 20 Massachusetts Avenue, NW, Washington, D.C. 20520; See the additional page.<br><br>Defendants | Case No. 1:23-cv-12191-IT<br><br><br><br>Plaintiffs' Notice of Voluntary Dismissal |

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON (EASTERN) DIVISION

| | |
|---|---|
| Rashmikaben R. Suthar, Massachusetts, Ravirajanikant Suthar, Massachusetts, Pankajkumar Jayantilal Patel, Massachusetts, Dipikaben Pankajkumar, Massachusetts, Vishant Rameshbhai Patel, Massachusetts, Devalben Vishantkumar Patel Massachusetts, Vijaykumar Rasiklal Patel, Massachusetts, Paragiben Vijaykumar Patel, Massachusetts, Ketan Ambalal Patel, Massachusetts, Sonalben Ketan Patel, Massachusetts, Mayuriben Malaykumar Patel Massachusetts, Malaykumar Pravinbhai Patel, Massachusetts, Kishorbhai Joitaram Patel, Massachusetts, Rohitkumar Kanthibhai Patel, Massachusetts, Pinalben Sureshkumar Patel Massachusetts, Sahil Sureshbhai Patel, Massachusetts, Alpeshkumar Gopalbhai Patel, Massachusetts, Monika Chintak Patel, Massachusetts, Chintak Kanaiyalal Patel, Massachusetts Tejalben Natvarlal Mistri, Massachusetts, Ashishkumar Bharat Kumar Mistri, Massachusetts, Hetalben Chetankumar Patel, Massachusetts, Massachusetts, | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON (EASTERN) DIVISION

| | |
|---|---|
| Chetankumar Rameshbhai Patel, Massachusetts, Nayanaben Dipakkumar Patel Massachusetts, Dipakkumar Bhaktibhai Patel, Massachusetts,  Yash Dipakkumar Patel, Massachusetts,  Kartikkumar Jitendrakumar Patel, Massachusetts, Mittalben Hemilkumar Patel  , Massachusetts,  Hemilkumar Vishnubhai Patel, Massachusetts,  Varshaben Vishnukumar Patel, Massachusetts,  Vishnukumar Natvarlal Patel,  Massachusetts, Girishkumar Baldevbhai Patel Massachusetts,  Hardikbhai Kamaleshbhai Patel, Massachusetts,  Gautamkumar Jivabhai Patel,  Krupa Keshavlal Patel,  Massachusetts,  Rameshkumar Atmram Patel, Massachusetts,  Sonara Kiritbhai Jalpa,  Massachusetts,  Sunny Dipikkumar Patel, Massachusetts, Ravi Kiran Jeripothula, Georgia  Vidyavani Jeripothula, Georgia, Laxmi Prasanna Jeripothula, Georgia, Dashrathbhai Narandas Patel, New Jersey, Vimlaben Dashrathbhai Patel, New Jersey, Hetalben Kajalkumar Patel, New Jersey, Kajalkumar Baldevbhai Patel, New Jersey,  Nitinkumar | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON (EASTERN) DIVISION

| | |
|---|---|
| Joitaram Patel, Pennsylvania, Harshidaben Nitinkumar Patel, Pennsylvania, Ravikumar Patel, Rhode Island law, Bhaveshkumar Ramabhai Patel and Pinalben Hasmukhbhai Patel, Massachusetts, Kaminiben Navaneetbhai Patel, New Jersey, Mayurkumar Ranachhodbhai Patel, Connecticut, Ushaben Dineshlal Patel, Connecticut, Dhavalkumar Keshabhai Suthar, West Chicago, Urvashiben Dineshbhai Daraji, West Chicago, Kartikkumar Ketankumar Patel, West Chicago, Dimpalben Kartikkumar Patel, Tennessee, Kalpeshkumar Rambhai Patel, Tennessee, Ashaben Kalpeshkumar Patel, Pennsylvania, Ashaben Kalpeshkumar Patel, Pennsylvania<br><br>Plaintiffs<br>v. | |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON (EASTERN) DIVISION

Connie Nolan, Director, USCIS Vermont Service Center, 38 River Road
Essex Junction, VT 05479-0001;
Connie Nolan, Director, USCIS Nebraska Service Center,
850 S Street
Lincoln, NE 68508

　　　Defendants

The Plaintiffs, by and through their undersigned attorney of record, hereby files Plaintiffs' voluntary notice of dismissal of this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                                                Respectfully submitted,

Date Signed: May 13, 2024                     By: _/s/ Tejas G. Patel_
                                                Tejas G. Patel, Esq.
                                                MA BBO: 691567
                                                Tejas.p@tplglobal.net
                                                T.P.L. Global, LLC
                                                Address: 100 Tradecenter, Suite G700
                                                Woburn, MA 01801
                                                Phone: 617-391-7741

CERTIFICATE OF SERVICE

Docket No.: 1:23-cv-12191-IT

I hereby certify that the foregoing Plaintiffs' Notice of Voluntary Dismissal was delivered by USPS mail and electronic mail, to Assistant U.S. Attorney Mark Sauter, U.S. Attorney's Office – Massachusetts, on behalf of Merrick B. Garland, Ur M. Jaddou, Alejandro N. Mayorkas, Connie Nolan on May 14, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: May 14, 2024                                              _____
                                                                Tejas G. Patel, Esq.